**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    Kenya Y Harris<br><br><br>        Debtor(s)<br>    Rocket Mortgage, LLC<br><br><br>        Movant<br>    V.<br>    Kenya Y Harris<br>        Debtor<br><br>    Kenneth E. West<br><br>        Trustee | Chapter 13<br><br><br><br>Case Number:  26-10521-djb |

**MOTION FOR RELIEF FROM AUTOMATIC STAY WITH RESPECT TO PROPERTY:**
**302 SPRINGTON ROAD, UPPER DARBY, PENNSYLVANIA 19082**

Rocket Mortgage, LLC, through its Counsel, McCalla Raymer Leibert Pierce, LLP, respectfully requests the Court grant its Motion for Relief and in support thereof respectfully represents as follows:

1.  Movant is Rocket Mortgage, LLC (hereafter referred to as "Movant").

2.  Debtor(s), Kenya Harris, is the owner of the property located 302 Springton Road, Upper Darby, Pennsylvania 19082.

3.  On March 31, 2008, Kenya Harris, executed and delivered a Note in the principal sum of $76,396.00 to Village Capital & Investment LLC.  A copy of the Note is attached as Exhibit "A" and is hereby incorporated by reference.

4.  As security for the repayment of the Note, Kenya Harris, executed and delivered a Mortgage to Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Village Capital & Investment LLC.  The Mortgage was duly recorded in the Office of the Commissioner of Records in and for Bucks County on April 7, 2008, as Instrument 2008025048.  A copy of the Mortgage is attached as Exhibit "B" and is hereby incorporated by reference.

5.  The Mortgage encumbers Debtor's real property located at 302 Springton Road, Upper Darby, Pennsylvania 19082.

6.  By assignment of mortgage, the loan was ultimately assigned to Nationstar Mortgage LLC, which then merged to Rocket Mortgage, LLC.  A true and correct copy of the assignments and certificate of merger are attached as Exhibit "C" and is hereby incorporated by reference.

7. The terms of the Note were amended by a Modification Agreement entered into by and between GMAC Mortgage, LLC and the Debtor on October 31, 2017, (the "Modification Agreement"). A copy of the Modification Agreement is attached hereto Exhibit "D" and is hereby incorporated by reference.

8. Debtor(s) filed the instant Chapter 13 Bankruptcy on February 10, 2026 and, as a result, any state court proceedings were stayed.

9. Debtor's mortgage loan is in default and is currently due for the April 1, 2026 payment and each subsequent payment through the date of the motion.  Debtor has failed to make the following post-petition payments to Movant:

**POST-PETITION PAYMENTS IN DEFAULT**

| Monthly Payments in Default....................... | | 4/1/26-6/1/26 |
|---|---|---|
| Due Date | Due Amount  # Months | Total Due |
| 4/1/26-6/1/26  $1,062.36      3 | | $3,187.08 |
| | | |
| Suspense Balance:....................... | | ($1,004.69) |
| Total Amounts Due as of June 29, 2026: | | $2,182.39 |

10. As a result of the Debtor's default and failure to make payments or to otherwise adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

11. As of June 29, 2026, the Unpaid Principal Balance of the loan is $88,244.93. The total debt of the loan is $101,494.96.

12. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

13. To the extent the Court does not find that relief is appropriate, then Movant requests that the stay be conditioned such that in the event the Debtor(s) fall(s) behind on post-petition payments or trustee payments that Movant may receive relief upon default by the Debtor(s) of the terms of the conditional order.

14. Movant requests that the stay of Bankruptcy Rule 4001(a)(4) be waived.

15. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, legal fees and costs will be incurred by Movant. Attorney fees and court filing costs not to exceed $1,549.00 amount will be incurred for representation in this matter. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

WHEREFORE, Movant, Rocket Mortgage, LLC, respectfully requests this Court to grant the appropriate relief under 11 U.S.C. §362 from the automatic stay as set forth in the proposed order together with waiver of Bankruptcy Rule 4001(a)(4).

Respectfully Submitted:

McCalla Raymer Leibert Pierce, LLP

By: /s/ **Denise  Carlon**
Denise  Carlon
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
Telephone: 848-325-2981
Denise.Carlon@mccalla.com

Date: 07/09/2026