**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Kenya Y. Harris** | : | **Chapter 13** |
| | | : | |
| | **Debtor** | : | **26-10521-DJB** |

# O R D E R

**AND NOW**, upon consideration of Motion to Sell Property Under Section 363(b) Rule 3004 filed by Debtor Kenya Y Harris (“the Motion”), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED** as set forth herein.

2. A hearing to consider the Motion shall be held on **September 3, 2026** **at 1:30 p.m.** (the “Hearing”). The Hearing will be conducted in the following formats:

☒ Video Conference using the following link. If no link is provided, the video conference link will be included on the hearing calendar. On website ZoomGov.com with Join Meeting ID 161 0657 4791
☒ In-Person **at** Courtroom #2**, in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107**.

The Hearing on this Motion will be an evidentiary hearing.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 pm on August 28, 2026.
Service made to each party identified above through the court’s CM/ECF system is effective.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 pm on August 28, 2026.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** **August 28, 2026**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**